In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00152-CR
_____

JAKARI RAMONE CROUT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 09-07730

MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Jakari Ramone Crout pleaded guilty to injury to a child. The trial court found the evidence sufficient to find Crout guilty, but deferred further proceedings and placed Crout on community supervision for ten years. The State subsequently filed a motion to revoke Crout's unadjudicated community supervision. Crout pleaded "true" to five violations of the conditions of his community supervision. The trial court found that Crout

1

violated conditions of his community supervision, found Crout guilty of injury to a child, and assessed punishment at twenty years of confinement.

Crout's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On June 24, 2014, we granted an extension of time for Crout to file a *pro se* brief. We received no response from Crout. We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 1, 2014
Opinion Delivered October 8, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Crout may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.